No. 674. CONCRETE STEEL COMPANY *v.* GEORGE E. VANDENBURG. January 30, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Thomas J. Johnston* and *Mr. L. E. Varney* for petitioner. *Mr. Carlos P. Griffin, Mr. O.*

*Ellery Edwards* and *Mr. Joseph W. Cox* for respondent. *Mr. Solicitor General Beck,* by leave of court, filed a brief as *amicus curiæ.*

